**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                              NO. 4:02CR00157-001 SWW

MIESHA LASHONE GRAHAM

**ORDER**

The above entitled cause came on for hearing on petition to revoke the supervised released previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Upon the basis of the admissions of defendant, the Court found that defendant has violated the conditions of her supervised release without just cause.

IT IS THEREFORE ORDERED that the government's motion for revocation of supervised release previously granted this defendant is granted, and her supervised release is revoked.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of TWENTY-FOUR (24) MONTHS in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in the facility located in Bryan, Texas, and directs defendant to submit to DNA testing during her incarceration.

There will be no supervised release following defendant's term of imprisonment.

IT IS FURTHER ORDERED that the restitution imposed previously in the amount of $12,564.13 remains due and payable. During her term of incarceration, defendant shall pay 50% per month of all funds available

to her. When defendant is released from imprisonment, she still will be responsible for paying the restitution owed, and she, also, must pay the $50.00 remaining balance of special assessment previously imposed.

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED this 5th day of December, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE